IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS )
HEALTH & WELFARE TRUST )
FUND, MID-CENTRAL ILLINOIS )
DISTRICT COUNCIL OF )
CARPENTERS, MID-CENTRAL )
ILLINOIS DISTRICT COUNCIL )
OF CARPENTERS )
APPRENTICESHIP FUND, )
CENTRAL ILLINOIS )
CARPENTERS ANNUITY )
FUND, CARPENTERS FRINGE )
BENEFIT FUNDS, CARPENTERS )
LOCAL #183, CARPENTERS )
LOCAL #63, CARPENTERS )
LOCAL #16, CARPENTERS )
LOCAL # 644, CARPENTERS )
LOCAL #44, and )
CARPENTERS LOCAL #904, )
          )
      Plaintiffs, )
          )
v.        )       No. 06-3213
          )
J.M. O'DONNELL )
CONSTRUCTION, INC., )
          )
      Defendant. )

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

    This matter comes before the Court on Plaintiffs' Motion for Default

1

Judgment (d/e 7). The Court has reviewed the Motion and other pleadings, and finds that the Complaint (d/e 1) has been duly filed and served upon Defendant, J.M. O'DONNELL CONSTRUCTION, INC., the Defendant has failed to answer or otherwise plead within the statutory time frame, an Entry of Default (d/e 8) has been entered, and the Plaintiffs have submitted evidence to support the request for judgment.

THEREFORE, Plaintiffs' Motion for Default Judgment (d/e 7) is ALLOWED. A default judgment is hereby entered in favor of the Plaintiffs and against Defendant, J.M. O'DONNELL CONSTRUCTION, INC., as follows:

A. Judgment is entered in favor of Plaintiffs and against Defendant for liquidated damages and late fees of 20% the entire delinquency in the amount of $556.31; and further any additional months in which contributions, at the time of Judgment have not been remitted to the Fund.

B. Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments.

C. Defendant is ordered to pay to the Plaintiffs, their attorney's fees in

the amount of $2,589.08, as provided by 29 U.S.C. Section 1132(g)(2).

D.  Defendant is ordered to pay all cost attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: _____March 30_____, 2007.

        FOR THE COURT:

                                    s/Jeanne E. Scott
                                    JEANNE E. SCOTT
                          UNITED STATE DISTRICT JUDGE