# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 06-3213 |
| J. M. O'DONNELL CONSTRUCTION, INC., | ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT,  U.S. District Judge:

This matter comes before the Court on Plaintiffs' Motion for Turnover of Assets (d/e 19).  Upon review of the Motion and the supporting documentation, the Motion is allowed.

THEREFORE, Plaintiffs' Motion for Turnover of Assets (d/e 19) is ALLOWED.  Defendant J.M. O'Donnell Construction, Inc., is hereby ordered to turn over to Plaintiffs title and possession of the following assets (collectively hereinafter referred to as the "Equipment"):

- Rigid 18 volt cordless drill

- Skil 4" grinder

- Black and Decker circular saw

- DeWalt 14 volt cordless drill

- DeWalt 12 volt cordless drill

- DeWalt circular saw

- Milwaukee SawZall

- DeWalt rotary hammer drill

- Two (2) DeWalt drywall screw guns

- DeWalt ½ inch hammer drill; and

- Delta 8" Mitre saw

Defendant is directed to deliver the Equipment, and any evidence of title in Defendant's possession (hereinafter "Evidence of Title"), to counsel of record by January 20, 2008, by either: (1) delivering the Equipment and any Evidence of Title to the offices of Plaintiffs' counsel located at 1609 N. Illinois Street, Swansea, Illinois; or (2) making the Equipment and any Evidence of Title available to be picked up by counsel for Plaintiffs, or their designated representatives.  If the Defendant elects the latter option, the Defendant shall inform the Plaintiffs' counsel in writing by January 22,

2008, of the location where the Equipment and any Evidence of Title will be available.  If any of the Equipment is sold prior to being turned over to Plaintiffs, the Defendant shall deliver to Plaintiffs' counsel by January 31, 2008, the gross amount of all monies secured through any and all such sales.

IT IS THEREFORE SO ORDERED.

ENTER:   January 14, 2008

    FOR THE COURT:

                              s/ Jeanne E. Scott
                              JEANNE E. SCOTT
                              UNITED STATES DISTRICT JUDGE